UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21721-CIV-ALTONAGA/Simonton

**LINDA M. SCHAINBERG**,

      Plaintiff,

vs.

**UROLOGICAL CONSULTANTS OF SOUTH FLORIDA, P.A.**, *et al.*,

      Defendants.
_____/

### ORDER

THIS CAUSE came before the Court on Defendants' Motions to Dismiss . . . . . [ECF Nos. 5, 6, and 7]. Given Plaintiff's Amended Complaint [ECF No. 18], it is

**ORDERED AND ADJUDGED** that the Motions are **DENIED** as moot. In the event Defendants file a Motion to Dismiss the Amended Complaint, they are to file a consolidated motion.

**DONE AND ORDERED** in chambers at Miami, Florida, this 12th day of June, 2012.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record