UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-21721-CIV-ALTONAGA/SIMONTON

**LINDA M. SCHAINBERG**,

    Plaintiff,

vs.

**UROLOGICAL CONSULTANTS
OF SOUTH FLORIDA, P.A.**;
**GIRIDHAR S. TALLURI;** and
**JAY HYUN KIM**,

    Defendants.
_____/

## JUDGMENT ON A JURY VERDICT RESERVING JURISDICTION ON ATTORNEYS' FEES, COSTS, LIQUIDATED DAMAGES AND FRONT PAY

This action was tried by a jury from June 17, 2013 through June 24, 2013, with United States District Judge Cecilia Altonaga presiding, and the jury has rendered a verdict. Accordingly, it is **ORDERED** as follows:

On Count I of the Amended Complaint for unpaid overtime wages under the FLSA, Plaintiff Linda Schainberg shall recover nothing, and the action on that Count is dismissed on the merits;

On Count II of the Amended Complaint for violation of the FLSA anti-retaliation provisions, Plaintiff Linda Schainberg shall recover from Defendants, Urological Consultants of South Florida LLC, Jay Hyun Kim, and Giridhar S. Talluri, jointly and severally, in the total sum of $15,772.44 ($12,760.60 for lost wages, $2,296.62 for lost benefits, and $715.22 pre-judgment interest), and post-judgment interest thereon pursuant to 28 U.S.C. section 1961, for which let execution issue;

CASE NO. 12-21721-CIV-ALTONAGA

On the Defendant's Counterclaim under the Computer Fraud and Abuse Act, Defendant Urological Consultants of South Florida LLC, shall recover nothing, and the counterclaim is dismissed on the merits;

The Court reserves jurisdiction to consider motions for attorneys' fees and costs, and any other post-trial motions as may be necessary.

**DONE AND ORDERED** in the Southern District of Florida, at Miami, Florida, this 26th day of June, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

copies furnished to
counsel of record