UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21721-CIV-ALTONAGA/Simonton

**LINDA M. SCHAINBERG**,

      Plaintiff,
vs.

**UROLOGICAL CONSULTANTS
OF SOUTH FLORIDA, P.A.**, *et al.*,

      Defendants.
_____/

## FINAL JUDGMENT FOR COSTS

**THIS CAUSE** came before the Court during a hearing held February 6, 2014 [ECF No. 374], addressing the taxation of costs, among other matters. On July 9, 2013, Defendants, Urological Consultants of South Florida, P.A., Giridhar Talluri, and Jay Hyun Kim, filed a Motion to Tax Costs . . . [ECF No. 317]; and on July 25, 2013, Plaintiff, Linda Schainberg, filed a Motion to Tax Costs . . . [ECF No. 335]. After the Court terminated both motions to tax costs pending the outcome of post-trial motions and/or appeals (*see* [ECF Nos. 321, 336]), the parties subsequently moved to reinstate the motions to tax costs (*see* [ECF Nos. 361, 362]). The Court granted the request (*see* [ECF No. 363]) and heard oral arguments from the parties. For the reasons stated in open Court, it is

**ORDERED AND ADJUDGED** that Plaintiff, Linda Schainberg shall recover from Defendants, Urological Consultants of South Florida, P.A., Giridhar Talluri, and Jay Hyun Kim,

Case No. 12-21721-CIV-ALTONAGA/Simonton

jointly and severally, the amount of **$9,463.29**,[1] with post-judgment interest at the legal rate, pursuant to 28 U.S.C. section 1961, for which sum let execution issue.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2014.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] Plaintiff's Bill of Costs was reduced pursuant to Federal Rule of Civil Procedure 54 (d)(1) and 28 U.S.C. section 1920, in light of the Court's oral rulings and agreements reached between counsel for the parties.

2